## COURTROOM MINUTE SHEET

CAUSE NO. 12 MC 427  DATE: 11-8-12

JUDGE: Sippel

COURT REPORTER: Debbie Kriegshauser

DEPUTY CLERK: Lisa Holwitt

USA

vs.

Harry Gelb Frozen Foods, Inc.

ATTY(S) FOR PLTF(S): Jane Rund

ATTY(S) FOR DEFT(S): Lawrence A. Gelb (President of Deft.)

DEFT PRESENT

PARTIES PRESENT FOR Show cause hearing. Discussion held between parties & Court Nov. 27, 2012 at 2:30 hearing set. Order to issue.

WITNESSES:

ATTY(S) PRESENT: _____

COURTROOM TIME: 2:45 - 2:50